1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 **REBECCA KREISHER**            )   Case No.  CIV-12-530 DAD
   **xxx-xx-1732**                 )
12                                 )
                                   )
13                                 )   **STIPULATION AND**
                                   )   **ORDER EXTENDING PLAINTIFF'S**
14         **Plaintiff,**          )   **TIME TO FILE SUMMARY**
                                   )   **JUDGEMENT MOTION**
15 **v.**                          )
                                   )
16 **MICHAEL J. ASTRUE**           )
   **Commissioner of Social Security** )
17 **of the United States of America,** )
                                   )
18         **Defendant.**          )
                                   )
19 _____)

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

21 Plaintiff's time to file her summary judgment is hereby extended from July 23, 2012, to August 7, 2012.

22 Plaintiff's counsel has three other briefs due within a weeks time and needs to extend the due date for

23 Ms. Kreisher's summary judgment motion.   This is Plaintiff's first requested extension on this case.

24 / / / /

25 / / / /

26 / / / /

27

28

                                              1

| | |
|---|---|
| Dated: July 16, 2012 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: July 17, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Annabelle Yang<br>ANABELLE YANG |
| | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\kreisher0530.stip.eot.wpd