BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA KREISHER**<br>xxx-xx-1732<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No.  CIV-12-530 DAD<br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from August 7, 2012, to August 23, 2012.  Plaintiff's counsel just located Vol. 2 of the record and needs additional time to complete Ms. Kreisher's summary judgment motion.  All remaining deadlines to be extended accordingly.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: August 7, 2012 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: August 7, 2012 | | Benjamin B. Wagner |
| | | United States Attorney |
| | | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | | /s/ *Annabelle Yang*<br>ANABELLE YANG |
| | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 7, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
kreisher0530.stip.eot2.wpd