BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
Facsimile: (916) 405-3908

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA KREISHER**<br>xxx-xx-1732<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. CIV-12-530 DAD<br><br>**MOTION FOR EXTENSION OF TIME**<br>**TO FILE BRIEF; DELCARATION AND**<br>**ORDER** |

**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Plaintiff hereby moves the Court for an extension of time to September 4, 2012, to file her Summary Judgment Motion pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure. This motion is based on the entire record in this case including the declaration of plaintiff's counsel as set forth below.

**MOTION**

Plaintiff respectfully requests that the Court permit counsel to file her Summary Judgment Memorandum on September 4, 2012, contemporaneous with this motion, pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure. Rule 6(4)(b). Plaintiff's motion was due August 23, 2012, but due to counsel's "inadvertence, mistake and excusable neglect" the due date was incorrectly re-

1

calendared for September 6, 2012, the due date for another case.  Counsel became aware of the mistake on Friday, August 31, 2012.  *See*, Declaration of Bess M. Brewer.  Counsel apologizes to the court for her not timely filing Ms. Kreisher's summary judgment motion.

Dated: September 4, 2012                      LAW OFFICE OF
BESS M. BREWER & ASSOCIATES


By: /S/ *BESS M. BREWER*
BESS M. BREWER
Attorney for Plaintiff

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I am an attorney licensed the practice law in California and am admitted to practice before this Court. I represent the plaintiff in the above referenced case and submit this declaration in support of plaintiff's motion for leave to file Ms. Kreisher's brief late.

2. Plaintiff's motion for summary judgment was extended to August 23, 2012. Unfortunately, I inadvertently calendared it for September 6, 2012, the due date for the MSJ of a different client.

3. I became aware of my oversight when I began my review of Ms. Kreisher's case on Friday, August 31, 2012.

4. I apologize to the Court for my failure to properly re calendar the due date for Ms. Kreisher's summary judgment motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 4, 2012, in Sacramento, California.

/s/ Bess M. Brewer
BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\kreisher0530.prop.eot.ord.wpd

3