BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone:  (415) 977-8946
      Facsimile: (415) 744-0134
      E-Mail:  Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| REBECCA KREISHER,       )<br>             )<br>      Plaintiff,    )<br>             )<br>     v.        )<br>             )<br>             )<br>CAROLYN W. COLVIN[1],   )<br>Acting Commissioner of   )<br>Social Security,      )<br>      Defendant.   )<br>             )<br>_____) | No.  2:12-cv-00530 DAD<br><br>STIPULATION AND<br>ORDER APPROVING SETTLEMENT OF<br>ATTORNEY FEES PURSUANT TO THE<br>EQUAL ACCESS TO JUSTICE ACT,  28<br>U.S.C. § 2412(d) AND COSTS PURSUANT<br>TO 28 U.S.C. § 1920 |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned

counsel, that Plaintiff's previously filed Motion for Equal Access to Justice Act Fees is hereby

withdrawn.

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned

counsel, subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the

amount of five-thousand, nine-hundred dollars ($5,900.00) under the Equal Access to Justice Act

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

(EAJA), 28 U.S.C. § 2412(d), and zero dollars ($0.00) in costs under Taxation of Costs, 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of EAJA fees to Plaintiff's counsel, Bess M. Brewer.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Bess M. Brewer, pursuant to any assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

///

///

///

///

///

Respectfully submitted,

Dated: December 20, 2013     By:     /s/ Bess M. Brewer*
                                     *as authorized by email on 12/20/13
                                     BESS M. BREWER
                                     Attorney for Plaintiff


Dated: December 20, 2013             BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                             By:     /s/ Annabelle J. Yang
                                     ANNABELLE J. YANG
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant




ORDER

The parties' stipulation is APPROVED AND IT IS SO ORDERED.

Dated:  December 23, 2013


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\kreisher0530.stip.eaja.ord.docx